IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN H. RUFFIN, JR. | § | |
| Petitioner, | § | |
| VS. | § | NO. 3-11-CV-0784-P |
| BUREAU OF PRISONS | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. In his response to the Magistrate Judge's findings and recommendations, Petitioner requests appointment of counsel. In light of dismissing this case, Petitioner's Motion for Appointment of Counsel is denied.

SO ORDERED this 19th day of May, 2011.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE